GLOBE INVESTMENT CO. *vs.* A. T. BOYUM, *et al.*

Opinion filed February 19th, 1894.

**Appeal—Assignments of Error.**

> Appellant having failed to assign errors, the judgment is affirmed, under court rule No. 15.

Appeal from Distrit Court, Sargent County; *Lauder* J.

Action by the Globe Investment Company, successors of the Dakota Mortgage Loan Corporation, against Ause T. Boyum and John S. Boyum. There was judgment for plaintiff, and defendants appeal.

Affirmed.

*J. E. Bishop*, for appellants.
*Fred B. Morrill*, for respondent.

CORLISS, J. The appellant has failed to assign any errors on this appeal as required by court rule No. 15. For this omission the judgment will be affirmed, inasmuch as we see nothing in the record to justify us in relaxing the rule. All concur.

(58 N. W. Rep. 339.)

---

KELLOGG, JOHNSON & CO. *vs.* O. H. GILMAN, *et al.*

Opinion filed February 19th, 1894.

**Inconsistency Between Verdict and Judgment.**

> Where in an action against a firm composed of two persons, the jury renders a general verdict only, in favor of plaintff and against defendant, it is error for the court, while such verdict remains in the record, to render judgment against the plaintiff, dismissing the action as to one member of the firm, with costs.

Appeal from District Court, Walsh County; *Templeton*, J.
Action on promissory note by Kellogg, Johnson & Company, a